# UNITED STATES DISTRICT COURT
## for the
## EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA
vs.   CASE/CITATION NO. _6:06-mj-0159WMW_

_Marcia A. Moreno_   ORDER TO PAY  _P0613463_

SOCIAL SECURITY #: _____
DATE OF BIRTH: _____
DRIVER'S LICENSE #: _D55 32142_
ADDRESS: _____

CITY    STATE    ZIP CODE

I UNDERSTAND THAT IF I MOVE PRIOR TO PAYING ANY FINE, RESTITUTION OR PENALTY ASSESSMENT IN THIS CASE, I MUST NOTIFY THE ATTORNEY GENERAL OF THE UNITED STATES IN WRITING WITHIN SIXTY (60) DAYS OF ANY CHANGE IN MY RESIDENCE ADDRESS OR MAILING ADDRESS. FAILURE TO PAY COULD RESULT IN A WARRANT BEING ISSUED OR AN ABSTRACT AGAINST MY DRIVER'S LICENSE OR VEHICLE BEING ISSUED.

I CERTIFY THAT ALL OF THE ABOVE INFORMATION IS TRUE AND CORRECT.

DATE: _____    _____
DEFENDANT'S SIGNATURE

YOU ARE HEREBY ORDERED TO PAY THE FOLLOWING:

( ) Fine: $ _910_ and a penalty assessment of $ _10_ for a TOTAL AMOUNT OF: $ _920.—_ within _____ days/months; or payments of $ _92.—_ per month, commencing ~~Dec. 15, 2006~~ _Dec. 30_ and due on the ~~15th~~ _30th_ of each month until paid in full.
( ) Restitution: _____
(✓) Community Service _110 hours_ with fees not to exceed $ _0.—_ completed by _September 13, 2007 — submitted to court by August 14, 2007_

PAYMENTS must be made by CHECK or MONEY ORDER, payable to: Clerk, USDC and mailed to (circle one):

**USDC**
**CENTRAL VIOLATIONS BUREAU (SA)**
**POST OFFICE BOX 740026**
**ATLANTA, GA 30374-0026**

CLERK, USDC
1130 O STREET, RM 5000
FRESNO, CA 93721

CLERK, USDC
501 "I" STREET
SACRAMENTO, CA 95814-2322

Your check or money order must indicate your name and case/citation number shown above to ensure your account is credited for payment received.

Date: _Nov. 14, 2006_    _Sandra Van Notte for William M Wunderlich_
U.S. MAGISTRATE JUDGE

Clerk's Office   _12 months probation_
_2 days custody with credit for 2 days served_

EDCA-3