1  DANIEL J. BRODERICK, #89424
   Federal Defender
2  STEPHEN BETZ, Bar #234510
   Staff Attorney
3  Designated Counsel for Service
   2300 Tulare Street, Suite 330
4  Fresno, California 93721-2226
   Telephone: (559) 487-5561
5
   Attorney for Defendant
6  MARIA MORENO

7

8           IN THE UNITED STATES DISTRICT COURT

9           FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,          ) NO. 6:06-mj-00159 WMW
                                      )
12              Plaintiff,            ) [PROPOSED] ORDER AND DECLARATION
                                      ) OF STEPHEN BETZ
13      v.                            )
                                      ) Judge: Hon. William M. Wunderlich
14 MARIA MORENO,                      )
                                      )
15              Defendant.            )
                                      )
16 _____)

17   Maria Moreno, hereby requests the following order so that she may present it to her potential employer.

18 Dated: December 7, 2006

19
                                      Respectfully submitted,
20
                                      DANIEL J. BRODERICK
21                                    Federal Defender

22                                    /s/ Stephen Betz
                                      STEPHEN BETZ
23                                    Staff Attorney
                                      Attorney for Defendant
24                                    Maria Moreno

25

26

27

28

DEC-07-2006 THU 12:21 PM U S DISTRICT COURT YNP     FAX NO. 209 372 0324     P. 03
DEC-07-2006 THU 11:49 AM FEDERAL DEFENDERS OFFICE   FAX NO. 5594875950       P. 03
Case 6:06-mj-00159-WMW   Document 11   Filed 12/08/06   Page 2 of 3

Case 6:06-mj-00159-WMW   Document 9   Filed 12/07/2006   Page 2 of 3

# ORDER

**IT IS SO ORDERED.** On November 14, 2006, Maria Moreno plead guilty to 36 C.F.R. § 4.2/CVC 23136 (being under 21 years of age and driving a vehicle with a blood alcohol content of .01 or greater) and 36 C.F.R. § 4.22 (Unsafe Operation of a Motor Vehicle).

Dated: December 7, 2006

Honorable William M. Wunderlich
Magistrate Judge, Eastern District of California

-2-

DEC-07-2006 THU 12:21 PM U S DISTRICT COURT YNP    FAX NO. 209 372 0324    P. 04
DEC-07-2006 THU 11:44 AM FEDERAL DEFENDERS OFFICE    FAX NO. 5594875950    P. 04

Case 6:06-mj-00159-WMW    Document 9    Filed 12/07/2006    Page 3 of 3

# DECLARATION OF STEPHEN BETZ

I, Stephen Betz, declare under penalty of perjury:

1. I am an attorney admitted to practice before this court and am currently employed as a Staff Attorney with the Office of the Federal Public Defender.
2. I was the attorney that represented Maria Moreno during her change of plea which was held on November 14, 2006.
3. On that date Ms. Moreno plead guilty to 36 C.F.R. § 4.2/CVC 23136 and 36 C.F.R. § 4.22.
4. In exchange for her guilty plea the remaining charges 36 C.F.R. § 4.2/CVC 23140 and 36 C.F.R. § 4.23(a)(1) were dismissed.
5. As a result of her plea Ms. Moreno was placed on 12 months probation, was ordered to pay a fine of $920, complete 110 hours of community service (to reduce the fine), she is not to use or possess alcohol in Yosemite National Park, not drive a motor vehicle unless it is insured and registered, not drive a motor vehicle with any detectable amount of alcohol in her system, and to serve two days in custody with credit for two days served.
6. It is my understanding that Ms. Moreno is in the process of applying for a position with Fresno Unified School District.
7. Ms. Moreno is requesting an order to present to Fresno Unified School District to establish what charges she was convicted of.
8. Vince Johnson of the National Park Service has reviewed the proposed order and has no objection to it.

Signed under penalty of perjury this 6th day of December 2006, at Fresno, California.

/s/ Stephen Betz
STEPHEN BETZ
STAFF ATTORNEY

-3-